# United States Court of Appeals
## For the First Circuit

No. 20-1601

CYRIL NNADOZIE OKOLI,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

Before

Howard, Chief Judge,
Torruella and Thompson, Circuit Judges.

**ORDER OF COURT**

Entered: June 23, 2020

Petitioner Cyril Nnadozie Okoli seeks a stay of removal pending the resolution of his petition for review. Because petitioner has not made the required "strong showing that he is likely to succeed on the merits" of his petition, Nken v. Holder, 556 U.S. 418, 426 (2009), the request for a stay of removal is **DENIED**. The administrative stay entered in accordance with Local Rule 18.0 is vacated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cyril Nnadozie Okoli
Anthony Paul Nicastro
Sunah Lee
Derek C. Julius
OIL