# United States Court of Appeals
## For the First Circuit

No. 20-1601

CYRIL NNADOZIE OKOLI,

Petitioner,

v.

ROBERT MONTAGUE WILKINSON, Acting Attorney General,

Respondent.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 22, 2021

      Petitioner Cyril Nnadozie Okoli petitions for review of a decision by the Board of Immigration Appeals. He also has filed various motions and requests in this court. We have considered the administrative record, the parties' filings, and those claims exhausted, preserved, developed, and otherwise cognizable in this proceeding. See <u>De Lima</u> v. <u>Sessions</u>, 867 F.3d 260, 267 (1st Cir. 2017) ("[T]heories not advanced before the BIA may not be surfaced for the first time in a petition for judicial review of the BIA's final order.") (internal quotation marks omitted). Okoli has failed to demonstrate that the agency's rulings were not supported by substantial evidence or that they were otherwise erroneous or improper; thus, the petition for review is **denied**. See <u>Touch</u> v. <u>Holder</u>, 568 F.3d 32, 37-38 (1st Cir. 2009) (standard of review and general principles); <u>Kartasheva</u> v. <u>Holder</u>, 582 F.3d 96, 105 (1st Cir. 2009) (reviewing factual findings, including credibility determinations, "under the deferential substantial evidence standard, asking whether the adverse credibility determination is supported by reasonable, substantial, and probative evidence on the record considered as a whole, and affirming unless any responsible adjudicator would be compelled to conclude to the contrary") (citations and internal quotation marks omitted); <u>Legal</u> v. <u>Lynch</u>, 838 F.3d 51, 54-55 (1st Cir. 2016) (credibility determination may be based on inconsistencies and inaccuracies; concluding that agency's adverse credibility determination was fatal to petitioner's asylum, withholding, and CAT claims).

To the extent not mooted by the foregoing, all remaining pending motions, including Okoli's "motion for monetary compensation," are **denied**.

The petition for review is **denied**. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Cyril Nnadozie Okoli
Sunah Lee
OIL